UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

ESTEBAN LEON MACIEL,

          Petitioner,

v.

JOHN GRADISKA et al.,

          Respondents.

_____/

Case No. 1:25-cv-1673

Honorable Paul L. Maloney

### **ORDER**

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement at the North Lake Processing Center in Baldwin, Lake County, Michigan. Petitioner challenges the lawfulness of his current detention.

On December 10, 2025, the Court entered an order to show cause, directing that "[o]n or before the third business day after entry of this order, Respondents shall show cause in writing why the writ of habeas corpus and other relief requested in the petition should not be granted." (Order, ECF No. 3.) On December 15, 2025, Respondents filed a motion for an extension of time to file their response. (ECF No. 5.) The next day, Respondents filed a motion to dismiss the action because Petitioner had received the relief sought in the petition. (ECF No. 7.) Thereafter, Petitioner filed a motion for an extension of time to file a response (ECF No. 10), and a motion to voluntarily dismiss the action (ECF No. 11).

In Petitioner's motion to voluntarily dismiss the action, Petitioner states that he "was released from custody by the Department of Homeland Security (DHS) on December 15, 2025."

(*Id.*, PageID.44.) Therefore, Petitioner has received the relief he sought in his petition, and the petition is now moot.

Accordingly,

**IT IS ORDERED** that Respondents John Gradiska and The GEO Group, Inc. are **DISMISSED** as Respondents to this action.[1]

**IT IS FURTHER ORDERED** that Petitioner's motion to voluntarily dismiss (ECF No. 11) is **GRANTED**, and Respondents' motion to dismiss (ECF No. 7) is **DISMISSED as moot**. Further, the parties' extension requests (ECF Nos. 5 and 10) are **DISMISSED as moot**. The Court will issue a judgment dismissing the action without prejudice.

Dated:  January 13, 2026                        /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge

---

[1] *See Roman v. Ashcroft*, 340 F.3d 314 (6th Cir. 2003).