UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ESTEBAN LEON MACIEL,

        Petitioner,

v.

JOHN GRADISKA et al.,

        Respondents.

_____/

Case No. 1:25-cv-1673

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Petitioner's action is **DISMISSED WITHOUT PREJUDICE**.


Dated: January 13, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge